# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0980
Lower Tribunal No. 24001068CS

_____

KAHELE DANTE BUTLER,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

Appeal from the Department of Revenue.

February 14, 2025

ON CONFESSION OF ERROR

PER CURIAM.

Kahele Dante Butler seeks review of the Final Administrative Support Order establishing his child support obligation. He asserts that his due process rights were violated when the cause proceeded through administrative channels rather than in circuit court as he had timely requested.

The Department of Revenue ("DOR") has filed a Notice of Confession of Error, conceding that the cause was improperly before the administrative law judge

inasmuch as Butler had timely opted for judicial review. See § 409.2563(4)(n)4., Fla. Stat. (2023) (providing that if the parent from whom support is being sought signs and returns a waiver of service form to DOR within ten days of receipt of DOR's petition, DOR "shall terminate the administrative proceeding without prejudice and proceed in circuit court"). DOR admits that Butler had timely opted out of the administrative proceeding after receipt of DOR's Notice of Proceeding to Establish Administrative Support and explains that, through error, the case proceeded "on the administrative route" and was referred to the Department of Administrative Hearings.

Given the facts presented, DOR's Confession of Error is well-taken and accepted. We thus vacate the Final Administrative Support Order and remand for further proceedings.

REVERSED and REMANDED for further proceedings.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Kahele Dante Butler, Kissimmee, pro se.

John M. Guard, Acting Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED